JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINGYI CAO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UR M. JADDOU, U.S. Citizenship and Immigration Services Director, ET AL.,<br><br>　　　　　Defendant. | Case No. **2:24-CV-02715-AB-PD**<br><br>**ORDER DISMISSING ACTION GIVEN PENDING ADJUDICATION OF APPLICATION** |

　　The Court has reviewed the Parties' Stipulation to Stay Case Pending Adjudication of Application. Dkt. 9. Defendants have agreed to adjudicate Plaintiff's application—the relief sought by the Complaint. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by **August 15, 2025,** if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　**SO ORDERED.**

Dated:  June 14, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE